USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE 2002 LAWRENCE R. BUCHALTER
ALASKA TRUST, et al.,

                      Plaintiffs,

-v-

PHILADELPHIA FINANCIAL LIFE
ASSURANCE COMPANY, et al.,

                      Defendant.

Case No. 12-CV-6808 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, District Judge:

      At the Pre-Motion Conference held before the Court on May 25, 2016, the Court adopted the following scheduling order:

      Defendant shall submit its motions to exclude testimony by Plaintiff's expert and for summary judgment by no later than July 1, 2016. Plaintiffs shall file their response to Defendant's submission and their motion to exclude the testimony of Defendant's expert by August 19, 2016. Defendant shall submit its reply in support of its motions and its opposition to Plaintiffs' motion by no later than September 16, 2016. Finally, Plaintiffs shall submit their reply in support of their motion on September 30, 2016. Sur-reply papers will not be accepted unless prior permission of the Court is given.

      Counsel are reminded that there is a strict page limit, which will be extended only in extreme circumstances.

      Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

      Courtesy copies are to be served upon counsel by the assigned date. One courtesy copy of all papers also shall be sent to the Court at the time they are served upon opposing counsel.

      If oral argument is requested, it may be scheduled by the Court.  Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:     May 26, 2016
                White Plains, New York

                                              KENNETH M. KARAS
                                              UNITED STATES DISTRICT JUDGE